UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **ANTWAN SHELTON,** | : | VIOLATIONS:  18 U.S.C. §922(g)(1) |
| **also known as Antione Shelton,** | : | (Unlawful Possession of a Firearm and |
| **also known as Kenneth Young,** | : | Ammunition by a Person Convicted of a Crime |
| Defendant. | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 21 U.S.C. §844(a) |
| | : | (Simple Possession of a Controlled Substance); |
| | : | 22 D.C.C. §2601(a)(2) |
| | : | (Escape from an Officer) |

### I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about December 13, 2005, within the District of Columbia, **ANTWAN SHELTON, also known as Antione Shelton, also known as Kenneth Young**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case Nos. F502-04 and F5804-02, did unlawfully and knowingly receive and possess a firearm, that is, a Ruger 9mm semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about December 13, 2005, within the District of Columbia, **ANTWAN SHELTON, also known as Antione Shelton, also known as Kenneth Young**, did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance.

(**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

## COUNT THREE

On or about December 13, 2005, within the District of Columbia, **ANTWAN SHELTON, also known as Antione Shelton, also known as Kenneth Young**, did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

(**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

## COUNT FOUR

On or about December 13, 2005, within the District of Columbia, **ANTWAN SHELTON, also known as Antione Shelton, also known as Kenneth Young**, did escape from the lawful custody or an officer and employee of the District of Columbia and of the United States.

(**Escape from an Officer**, in violation of Title 22, District of Columbia Code, Section 2601(a)(2))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia