UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 06-14 (RJL) |
| v. : | |
| ANTWAN SHELTON, : | FILED |
| also known as Antione Shelton : | JUN 20 2006 |
| also known as Kenneth Young : | NANCY MAYER WHITTINGTON, CLERK |
| Defendant. : | U.S. DISTRICT COURT |

### FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Antwan Shelton, hereby submit this Factual Proffer in Support of Guilty Plea. The essential elements of the offense of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1), each of which the Government must prove beyond a reasonable doubt, are:

1. That the defendant knowingly possessed a firearm and ammunition;

2. That the firearm and ammunition had been shipped or transported from one state to another; and

3. That at the time the defendant possessed the firearm and ammunition, the defendant had previously been convicted of a crime punishable by imprisonment for a term exceeding one year.

The essential elements of the offense of Escape from an Officer, in violation of Title 22, District of Columbia Code, Section 3601(a)(2), each of which the Government must prove beyond a reasonable doubt, are:

1. That the defendant was in the lawful custody of an officer or employee of the District of Columbia or the United States; and

2. That the defendant escaped or attempted to escape from such lawful custody.

Had this matter proceeded to trial, the Government was prepared to prove the following beyond a reasonable doubt:

On December 13, 2005, at approximately 1:13 a.m., officers of the Metropolitan Police Department observed the defendant and several other individuals standing in front of 5047 D. Street in southeast Washington, D.C. When officers came within the defendant's view, he immediately fled into the building located at 5047 D Street. Officer Clinton Turner pursued the defendant to the third floor where the defendant was unsuccessfully attempting to gain access to an apartment. Turner ordered the defendant to lie on the ground, and the defendant initially complied. The defendant then suddenly threw a plastic bag of cocaine base on the hallway floor and ran away from the officer down three flights of stairs. When the defendant arrived at the first floor, he was met by Officer Ezequiel Vazquez who grabbed and attempted to restrain the defendant. The defendant broke free, however, and fled down another set of stairs to the basement level of the building. After again unsuccessfully attempting to access an apartment, the defendant was finally restrained by a third officer, Officer David Simonetti. The defendant stated, "I'll tell you what I got. I got a gun–it's in my inside jacket pocket." Officers conducted a search and recovered a Ruger P89DC .9 mm semi-automatic pistol bearing serial number 313-18990, containing eleven rounds of .9 mm ammunition including one round in the chamber. From the defendant's person, officers also recovered a plastic bag of marijuana. In all, the defendant possessed .17 grams of cocaine base and 3.8 grams of marijuana.

The defendant was transported to the Sixth District and agreed to speak with a detective.

During a break in the interview, the defendant broke free from the handcuff that chained him to the floor, and proceeded to walk out of the interview room in plain sight of two detectives. After a brief pause in which one of the detectives made eye contact with the defendant and stated "Don't do it," the defendant turned and ran full speed down a set of stairs and out the door of the police station. The detectives gave chase but were unable to catch the defendant on foot. Police then launched a massive search involving search dogs and a helicopter. Forty-five minutes after his escape, the defendant was apprehended.

Prior to December 13, 2005, the defendant had been convicted of a crime punishable by imprisonment for a term exceeding one year in D.C. Superior Court, in Criminal Case Numbers F502-04 and F5804-02. There are no firearm or ammunition manufacturers located within the District of Columbia. Therefore the Ruger P89DC .9 mm semi-automatic pistol bearing serial number 313-18990 and the eleven rounds of .9 mm ammunition that the defendant possessed on December 13, 2005 were manufactured outside the District of Columbia and were shipped, transported or delivered through interstate or foreign commerce into the District of Columbia.

This factual proffer is a summary of Defendant Shelton's participation in the offenses of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year and Escape from an Officer. It is not intended to be a complete accounting of all facts and events related to the offense. The limited purpose of this factual proffer is to demonstrate that a factual basis exists to support Defendant's guilty plea in this case.

Respectfully submitted,

KENNETH L. WAINSTEIN.
United States Attorney
Bar No. 451058

_____
BRIAN P. ROGERS
Special Assistant United States Attorney
Maryland Bar
Federal Major Crimes Section
555 4th Street, NW, Room 4712
Washington, DC 20530
(202) 616-1478

## DEFENDANT'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my attorney, Carlos Venegas. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 6-20-06

_____
ANTWAN SHELTON
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 6/20/06

_____
CARLOS VENEGAS
Attorney for Defendant