UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-0014 (RJL)** |
| | : | |
| **v.** | : | |
| | : | |
| **ANTWAN SHELTON** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Barbara E. Kittay, at telephone number **(202) 514-6940** and/or email address [barbara.kittay@usdoj.gov](mailto:barbara.kittay@usdoj.gov). **Barbara E. Kittay**, will substitute for Assistant United States Attorney **Brian Rogers**, as counsel for the United States.

        Respectfully submitted,

        KENNETH L. WAINSTEIN.
        United States Attorney

        **Barbara E. Kittay, #414-216**
        **Assistant United States Attorneys**
        **Federal Major Crimes,**
        **555 4th Street, NW, Room 4846**
        **Washington, DC 20530**
        **(202) 514-6940**